**SHAKED LAW GROUP, P.C.**
ATTORNEYS-AT-LAW
14 HARWOOD COURT, SUITE 415
SCARSDALE, NEW YORK 10583

---

TEL. (917) 373-9128
FAX (718) 504-7555
ShakedLawGroup@Gmail.com

January 9, 2020

**VIA ELECTRONIC FILING**
Honorable John G. Koeltl
Judge, United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*[Handwritten: Adjourned to Monday, February 10, 2020, at 4:30pm. So Ordered. /s/ JGK 1/9/20]*

Re:   Linda Slade v. Sally Hershberger Professional Hair Care, LLC
      1:19-cv-9429-JGK

Dear Judge Koeltl,

Plaintiff, Linda Slade, by and through her counsel, respectfully submits this letter to request an adjournment of the currently schedule Initial Conference set for January 14, 2020 at 4:30 p.m.

Defendant was served with the Summons and Complaint in this action through its registered agent on October 22, 2019. Defendant has not appeared in this case. We are making every possible effort to ensure that Defendant is aware of this action by sending correspondences to its known places of business and by sending emails to email addresses found on its website, as we prefer to resolve this matter by means other than a default judgment.

With the anticipation that Defendant will appear at some point in this case, we respectfully request that the Initial Conference be adjourned for thirty (30) days.

No prior request for adjournments have been made.

Respectfully submitted,

*/s/Dan Shaked*
Dan Shaked
*Attorney for Plaintiff*

cc: Sally Hershberger by first class mail

1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-10-2020